IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

HERBERT WAYNE SMITH and
KIMBERLY SMITH                                                                    PLAINTIFF

v.                                    Case No. 1:18-cv-1042

TRW AUTOMOTIVE U.S. LLC, *et al*.                                        DEFENDANTS

**ORDER**

Before the Court is Plaintiffs' Motion for an Extension of Time to Perfect Service on Defendants. ECF No. 3. Plaintiffs seek a 60-day extension of time to serve the complaint upon Defendants. If the Court concludes that good cause exists to extend the time for service, the Court must extend the time for an appropriate period. Fed. R. Civ. P. 4(m). In this case, the Court is not satisfied that good cause exists to warrant an extension.[1] Accordingly, the Court finds that Plaintiffs' Motion for an Extension of Time to Perfect Service on Defendants (ECF No. 3) should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 24th day of October, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] Plaintiffs simply assert in their motion that Defendants "are not going to waive service in this action" and that "good cause exist[s] to extend the deadline to serve the Defendants to an additional 60 days." ECF No. 3, p. 2.