UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | | |
|---|---|---|
| HERBERT WAYNE SMITH & | § | CIVIL ACTION NO. 1:18-CV-01042-SOH |
| KIMBERLY SMITH | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| VERSUS | § | |
| | § | |
| | § | |
| | § | |
| TRW AUTOMOTIVE U.S. LLC | § | |
| TRW VEHICLE SAFETY SYSTEMS | § | |
| INC. | § | |
| CHRYSLER MOTORS LLC F/K/A | § | |
| CHRYSLER LLC F/K/A CHRYSLER | § | |
| CORPORATION AND FCA US LLC | § | |
| F/K/A CHRYSLER GROUP, LLC | § | |
| DEFENDANTS | § | |

### **MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE**

NOW INTO COURT, through undersigned counsel comes, HERBERT WAYNE SMITH

and KIMBERLY SMITH, who move to dismiss their complaint without prejudice. Plaintiffs will

file a new Complaint and serve the Defendants accordingly.

WHEREFORE, HERBERT WAYNE SMITH and KIMBERLY SMITH move this Court

to dismiss their complaint without prejudice.

PLEASANT, WILLIAMS & BANKS-MILEY
LAW GROUP, LLC
901 NORTH THIRD STREET
MONROE, LOUISIANA 71201
PHONE:  318-605-4607
FACSIMILE:  318-605-4617


BY:    /s/_____
       KRISTEN B. PLEASANT, #30672

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | | |
|---|---|---|
| HERBERT WAYNE SMITH & | § | CIVIL ACTION NO. 1:18-CV-01042-SOH |
| KIMBERLY SMITH | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| VERSUS | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| TRW AUTOMOTIVE U.S. LLC | § | |
| TRW VEHICLE SAFETY SYSTEMS | § | |
| INC. | § | |
| CHRYSLER MOTORS LLC F/K/A | § | |
| CHRYSLER LLC F/K/A CHRYSLER | § | |
| CORPORATION AND FCA US LLC | § | |
| F/K/A CHRYSLER GROUP, LLC | § | |
| DEFENDANTS | § | |

**ORDER**

IT IS ORDERED that the Complaint be dismissed without prejudice.

Signed on the _____ day of _____, _____ in

_____, Arkansas.

_____

HONORABLE SUSAN O. HICKEY