IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

HERBERT WAYNE SMITH and
KIMBERLY SMITH                                                                    PLAINTIFF

v.                                        Case No. 1:18-cv-1042

TRW AUTOMOTIVE U.S. LLC, *et al*.                                        DEFENDANTS

## **ORDER**

Before the Court is Plaintiffs' Motion to Dismiss Complaint Without Prejudice. ECF No. 6. Plaintiffs seek voluntary dismissal of this case. Upon consideration, pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court finds that Plaintiffs' motion should be and hereby is **GRANTED**. Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 21st day of March, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge